UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P.N., individually and on behalf of her child J.N., a minor,<br><br>       Plaintiffs,<br><br>   v.<br><br>NEW YORK CITY PUBLIC SCHOOLS a/k/a NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>       Defendant. | 24-CV-06347 (JAV)<br><br>**NOTICE OF REASSIGNMENT AND ADJOURNMENT OF INITIAL PRETRIAL CONFERENCE** |

JEANNETTE A VARGAS, United States District Judge:

 This case has been reassigned to the undersigned. All parties must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. The previously scheduled initial pretrial conference set for **February 18, 2025**, is adjourned.

 The deadline for submission of a proposed Civil Case Management Plan and Scheduling Order is adjourned sine dia. The parties are **ORDERED** to submit a joint status report by **April 21, 2025.**

 The deadline for Defendant to answer or otherwise respond to the Complaint is EXTENDED, to **April 11, 2025**. **The Clerk of Court is directed to terminate ECF No. 12**.

 If this case has been settled or otherwise terminated, counsel are not required to submit a joint status report, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket by the due date of the joint status report, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, available at https://www.nysd.uscourts.gov/electronic-case-filing.

      In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

      SO ORDERED.

Dated: January 13, 2025
      New York, New York

                                                  JEANNETTE A. VARGAS
                                                  United States District Judge